THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AARON WILLIAMS, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

PILLPACK LLC,

Defendant.

NO. 3:19-cv-05282-TSZ

**STIPULATED MOTION AND ORDER TO FILE EXCESS PAGES FOR REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

## I. STIPULATED MOTION

Pursuant to LCR 7(f), the parties request that the Court permit Plaintiff to file an overlength reply in support of his class certification motion. Local Civil Rule 7(e)(3) provides that reply briefs in support of motions for class certification are limited to 12 pages. The parties stipulate and agree that Plaintiff may be permitted to file a reply brief containing no more than 5 additional pages, for a total page limit of 17 pages.

Plaintiff contends, the additional pages are necessary to provide sufficient explanation of facts and law relating to Plaintiff's motion to strike the Declarations of Daniel J. Barsky (*see* Dkt. Nos. 69 & 79, Ex. 1), which Plaintiff intends to make in his reply brief. PillPack initially filed a declaration from Mr. Barsky and then, on September 1 three days before Plaintiff's reply

STIPULATED MOTION AND ORDER TO FILE EXCESS PAGES FOR REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 1
CASE NO. 3:19-CV-05282-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  brief was due, moved to supplement the record with a second Barsky declaration. Plaintiff
2  contends he needs additional pages to incorporate these new facts into his reply.
3        The parties understand that the local rules require motions to file overlength briefs to
4  be filed three days before the brief is due. LCR 7(f)(1). However, given Plaintiff did not receive
5  the proposed supplemental Barsky declaration until September 1, 2020, the parties believe
6  good cause exists to permit this motion and respectfully request that it be granted.
7        RESPECTFULLY SUBMITTED AND DATED this 11th day of September, 2020.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Jennifer Rust Murray, WSBA #36983 | By: /s/ Lauren B. Rainwater, WSBA #43625 |
|    Beth E. Terrell, WSBA #26759 |    Kenneth E. Payson, WSBA #26369 |
|    Email: bterrell@terrellmarshall.com |    Email: kenpayson@dwt.com |
|    Jennifer Rust Murray, WSBA #36983 |    Lauren B. Rainwater, WSBA #43625 |
|    Email: jmurray@terrellmarshall.com |    Email: laurenrainwater@dwt.com |
|    Adrienne D. McEntee, WSBA #34061 |    Sara A. Fairchild, WSBA #54419 |
|    Email: amcentee@terrellmarshall.com |    Email: sarafairchild@dwt.com |
|    Blythe H. Chandler, WSBA #43387 |    MaryAnn T. Almeida, WSBA #49086 |
|    Email: bchandler@terrellmarshall.com |    Email: maryannalmeida@dwt.com |
|    936 North 34th Street, Suite 300 |    920 Fifth Avenue, Suite 3300 |
|    Seattle, Washington 98103-8869 |    Seattle, Washington 98104-1610 |
|    Telephone: (206) 816-6603 |    Telephone: (206) 622-3150 |
|  |    Facsimile: (206) 757-7700 |
|    Walter M. Smith, WSBA #46695 |  |
|    Email: walter@smithdietrich.com | *Attorneys for Defendant* |
|    Steve E. Dietrich, WSBA #21897 |  |
|    Email: steved@smithdietrich.com |  |
|    SMITH & DIETRICH LAW OFFICES PLLC |  |
|    3905 Martin Way East, Suite F |  |
|    Olympia, Washington 98506 |  |
|    Telephone: (360) 918-7230 |  |

STIPULATED MOTION AND ORDER TO FILE EXCESS PAGES FOR
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION - 2
CASE NO. 3:19-CV-05282-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Anthony I. Paronich, *Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

## II.  ORDER

It is so ORDERED.

Dated this 14th day of September, 2020.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO FILE EXCESS PAGES FOR
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION - 3
CASE NO. 3:19-CV-05282-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com