UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILLIAMS,

                Plaintiff,

    v.

PILLPACK LLC,

                Defendant.

C19-5282 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for leave to file a supplemental declaration, docket no. 79, is GRANTED. The Court will consider the Supplemental Declaration of Daniel J. Barsky, Exhibit 1 to Defendant's motion (docket no. 79), in connection with the pending motion for class certification.

(2) Plaintiff's motion for leave to file supplemental evidence, docket no. 112, is GRANTED. The Court will consider the Declaration of Jennifer Rust Murray and Exhibits C–J attached thereto, docket no. 113, and the Declaration of Jodi Nuss, docket no. 114, in connection with the pending motion for class certification.

(3) Plaintiff's partially unopposed motion, docket no. 117, to file Exhibits C–J to the Rust Murray Declaration (docket no. 113), under seal or in open court, is GRANTED. The parties agree that Exhibits C, E, and I shall remain **under seal**. The Clerk is directed to **unseal** Exhibits D, F, G, H, and J. *See* docket no. 121.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of January, 2021.

                                William M. McCool
                                Clerk

                                s/Gail Glass
                                Deputy Clerk

MINUTE ORDER - 1