UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILLIAMS,

               Plaintiff,

  v.

PILLPACK LLC,

               Defendant.

C19-5282 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Having granted in part Plaintiff's motion to unseal documents, docket no. 117, Plaintiff is directed to file in open court Exhibits D, F, G, H, and J to Rust Murray Declaration, docket no. 113.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 15th day of January, 2021.

                                                William M. McCool
                                               Clerk

                                               s/Gail Glass
                                               Deputy Clerk

MINUTE ORDER - 1