THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PILLPACK LLC,<br><br>Defendant. | NO. 3:19-cv-05282-TSZ<br><br>**DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Jennifer Rust Murray, declare as follows:

1. I am a member of the law firm of Terrell Marshall Law Group PLLC ("TMLG"), counsel of record for Plaintiff in this matter. I am admitted to practice before this Court and am a member in good standing of the bar of the states of Washington and Oregon. I respectfully submit this declaration in support of Plaintiff's Supplemental Brief in Support of Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Prospects DM, Inc.'s Ohio business registration.

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF
PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION
FOR CLASS CERTIFICATION - 1
CASE NO. 3:19-CV-05282-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 5th day of February, 2021, at Seattle, Washington.

   /s/ Jennifer Rust Murray, WSBA #36983
Jennifer Rust Murray, WSBA #36983

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF
PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION
FOR CLASS CERTIFICATION - 2
CASE NO. 3:19-CV-05282-TSZ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com