UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILLIAMS,

                    Plaintiff,

        v.

PILLPACK LLC,

                    Defendant.

C19-5282 TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

(1)     Having granted Plaintiff's Motion for Class Certification, *see* Order (docket no. 140), and having reviewed the parties' Joint Status Report, docket no. 138, the Court issues the following schedule:

| | |
|---|---|
| **JURY TRIAL DATE** | **May 31, 2022** |
| Length of Trial | 5–10 days |
| Plaintiff's proposed notice to class members and proposed method of notice must be filed by | March 12, 2021 |
| Defendant's response to Plaintiff's proposed class notice and notice plan must be filed by | March 26, 2021 |
| Plaintiff's reply in support of its class notice and notice plan must be filed by | April 2, 2021 |
| Deadline to send notice of any certified class | May 14, 2021 |
| Deadline for class members to opt out of class | July 13, 2021 |

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 1

| | | |
|---|---|---|
| | Plaintiff's declaration identifying opt-out class members must be filed by | July 20, 2021 |
| | Deadline for joining additional parties | August 31, 2021 |
| | Any motions for leave to amend pleadings filed by | September 2, 2021 |
| | Discovery must be completed by | October 1, 2021 |
| | Any motions related to discovery must be filed by | October 14, 2021 |
| | Disclosure of expert testimony under FRCP 26(a)(2) | October 29, 2021 |
| | Expert discovery must be completed by | December 10, 2021 |
| | All motions related to discovery must be filed by | December 30, 2021 |
| | All dispositive motions must be filed by<br>    and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | February 3, 2022 |
| | All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by<br>    and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | February 3, 2022 |
| | All motions *in limine* must be filed by<br>    and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | April 28, 2022 |
| | Agreed Pretrial Order due[1] | May 13, 2022 |
| | Trial briefs, proposed voir dire questions, and proposed jury instructions due | May 13, 2022 |
| | Pretrial conference to be held at **10:00 a.m.** on | May 20, 2022 |

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 2

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties.  All other dates are specified in the Local Civil Rules.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns:  "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 3

numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Gail Glass at 206-370-8522 as soon as possible.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of February, 2021.

William M. McCool<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 4