UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILLIAMS,

        Plaintiff,

  v.

PILLPACK LLC,

        Defendant.

C19-5282 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court seeks to clarify its Minute Order Setting Trial and Related Dates, docket no. 141. The deadline to file any motions related to **fact** discovery is **October 14, 2021**. *See* Minute Order (docket no. 141 at 2). The deadline to file any motions related to **expert** discovery is **December 30, 2021**. *See id.*

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of February, 2021.

                      William M. McCool
                      Clerk

                      s/Gail Glass
                      Deputy Clerk

MINUTE ORDER - 1