UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILLIAMS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

PILLPACK LLC,

Defendant.

C19-5282 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant PillPack LLC's Motion for Reconsideration ("Motion"), docket no. 143, is DENIED. Defendant asks the Court to reconsider its Order granting in part Plaintiff's Motion for Class Certification, docket no. 140. The Motion relies exclusively on the Declaration of Daniel J. Barsky, docket no. 69, to show that "at least some of the website opt-in forms listed PillPack as a marketing partner." Motion (docket no. 143 at 2). That declaration, like the other submitted declarations, nonetheless fails to show that PillPack was listed as a marketing partner "during the relevant period"—i.e., "*before* the Class members were called." Order (docket no. 140 at 13–14). As the Court previously concluded, Barsky's declaration provides no indication of the dates on which PillPack was listed on the website opt-in forms. Order (docket no. 140 at 14). While the declaration provides a screenshot of a sample opt-in form "during the Relevant Period," Barsky Decl. at ¶ 7 (docket no. 69), it fails to state whether the sample webpage listing PillPack as marketing partner was also captured during the relevant period. *Id.* at ¶ 8.

Nor is the Court persuaded by Defendant's suggestion that Plaintiff emphasized, or somehow conceded, the evidence on this point. *See* Motion (docket no. 143 at 2–3). Plaintiff acknowledged this evidence only to underscore his argument that the sample

MINUTE ORDER - 1

webpage provided in the Barsky declaration "was not used to generate leads for" the telemarketing campaign involving Class members; moreover, Plaintiff moved to strike that declaration, in part because it failed to include supporting data. *See* Plaintiff's Reply (docket no. 90-1 at 7, 10). In the absence of any showing of error or new facts, the Court denies the Motion. *See* Local Civil Rule 7(h).

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd Day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2