UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILLIAMS,

        Plaintiff,

   v.

PILLPACK LLC,

        Defendant.

C19-5282 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having review the parties' Joint Status Report, docket no. 158, the Court GRANTS Plaintiff's unopposed request for an extension to complete the discovery described in that Joint Status Report. The Motion to Approve Notice Plan, docket no. 145, is RENOTED to **June 1, 2021**. The parties are DIRECTED to file an additional Joint Status Report, not to exceed twelve (12) pages in length, on or before June 1, 2021, addressing any newly discovered information related to the class. The related deadlines are extended as follows: The deadline to send notice of any certified class is **July 13, 2021**; the deadline for class members to opt out of the class is **September 13, 2021**; and Plaintiff's declaration identifying opt-out class members must be filed by **September 20, 2021**. All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial and Related Dates, docket no. 141, shall remain in full force and effect;

(2) Plaintiff's request for leave to amend the class definition is DENIED. *See* Order (docket no. 140 at 8–9) (narrowing the class definition to include only the called parties whose telephone numbers, like Plaintiff's telephone number, were purchased from Fluent, Inc. or Yodel Technologies, LLC). The Court will not amend the class definition to include called parties whose telephone numbers were purchased from third-party

MINUTE ORDER - 1

sources that did not sell or provide Plaintiff's telephone number in connection with the telemarketing campaign at issue;

  (3) Plaintiff's unopposed Motion to Seal, docket no. 153, is GRANTED; and

  (4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 28th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2