UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILLIAMS,

        Plaintiff,

v.

PILLPACK LLC,

        Defendant.

C19-5282 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant PillPack LLC's motion to stay, docket no. 161, is GRANTED in part as to its request for a temporary stay of Plaintiff Aaron Williams's motion to approve notice plan, docket no. 145, and to extend certain pretrial deadlines, permitting the parties to further develop the evidentiary record;

(2) The Court hereby STAYS, until August 20, 2021, Plaintiff's motion to approve notice plan, docket no. 145, which is RENOTED to August 20, 2021. Any amended motion to approve notice plan shall be filed by August 6, 2021, and any amended response thereto shall be filed by August 20, 2021. No reply shall be filed unless requested by the Court;

(3) The pretrial deadlines are EXTENDED as follows:

    (a) Deadline to send notice of any certified class is October 1, 2021;

    (b) Deadline for class members to opt out of class is December 3, 2021; and

MINUTE ORDER - 1

(c) Plaintiff's declaration identifying opt-out class members shall be filed by December 10, 2021.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of July, 2021.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 2