UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON WILLIAMS,<br><br>                    Plaintiff,<br><br>        v.<br><br>PILLPACK LLC,<br><br>                    Defendant. | CASE NO. 3:19-cv-05282-DGE<br><br>ORDER GRANTING MOTION TO EXTEND (DKT. NO. 281) |

This matter comes before the Court on Plaintiff's Motion to Extend Deadline to Send Class Notice. (Dkt. No. 281.)  Plaintiff's motion requests a 72-day extension of the deadline to notify class members from April 19, 2023 to June 30, 2023. (*Id*. at 1.)  Plaintiff indicates this is necessary given the Court's order that he subpoena wireless carriers to cross-reference potential class members' identification. (*Id*. at 2.)  Defendant does not oppose this motion, but requests the Court additionally extend the remaining case deadlines by a similar number of days. (Dkt. No. 283 at 1.)  Defendant posits that, should the Court only extend the deadline for class notice, this would leave only one month for discovery into class members' standing. (*Id*. at 3.)  The

ORDER GRANTING MOTION TO EXTEND (DKT. NO. 281) - 1

1 Court anticipates a copious number of class members will arise out of the cross-reference
2 process, so it agrees with Defendant that similarly extending the discovery deadline, and
3 subsequent case deadlines, is appropriate.
4     Accordingly, and having considered Plaintiff's motion, the briefing of the parties, and the
5 remainder of the record, the Court finds and ORDERS that Plaintiff's Motion to Extend Deadline
6 to Send Class Notice is GRANTED.  The new deadline to send class notice will be June 30, 2023
7 and the new trial date is July 8, 2024.  The Clerk will issue a new case schedule consistent with
8 the new trial date.
9     Dated this 19th day of April, 2023.

                                                    David G. Estudillo
                                                    United States District Judge