UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON WILLIAMS,<br><br>               Plaintiffs,<br>    v.<br><br>PILLPACK LLC,<br><br>               Defendant. | CASE NO. 3:19-cv-05282-DGE<br><br>ORDER ON MOTION TO EXTEND CLASS NOTICE DEADLINE (DKT. NO. 293) |

This matter comes before the Court on a stipulated motion to extend the class notice deadline. (Dkt. No. 293.) The Court, having found good cause to do so, hereby extends the class notice deadline to July 31, 2023. All other dates remain the same.

Accordingly, the parties' motion to extend the class notice deadline is GRANTED.

Dated this 10th day of July, 2023.

David G. Estudillo
United States District Judge