UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON WILLIAMS,<br><br>    Plaintiff,<br>    v.<br><br>PILLPACK LLC,<br><br>    Defendant. | CASE NO. 3:19-cv-05282-DGE<br><br>ORDER ON MOTION TO EXTEND DEADLINE TO SEND CLASS NOTICE (DKT. NO. 296) |

This matter comes before the Court on the parties' stipulated motion to extend the deadline to send class notice. (Dkt. No. 296.) Having found good cause, the Court hereby GRANTS the motion. The updated deadline to send class notice is now September 15, 2023. The updated schedule is as follows:

| | |
|---|---|
| FOURTEEN DAY JURY TRIAL set for 09:00 AM | September 3, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 26, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | March 27, 2024 |

| | |
|---|---|
| All motions related to discovery must be filed by | April 1, 2024 |
| Discovery completed by | April 8, 2024 |
| All dispositive motions must be filed by | May 5, 2024 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | July 29, 2024 |

The parties should not expect additional extensions and shall schedule a status hearing to discuss any future issues related to the new trial date.

Dated this 1st day of August 2023.

David G. Estudillo
United States District Judge