1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON WILLIAMS,

                     Plaintiff,

      v.

PILLPACK LLC,

                 Defendant.

CASE NO. 3:19-cv-05282-DGE

MINUTE ORDER

16

17

18

19

20

21

22

23

24

      This matter comes before the Court on Plaintiff Aaron Williams' motion to compel

production of documents (Dkt. No. 299) and Defendant PillPack's cross motion (Dkt. No. 301).

      Based on its oral ruling, the Court GRANTS Plaintiff's motion to compel, subject to the

requirements of Paragraph 8 in the stipulated protective order (Dkt. No. 13). The parties shall

provide the notice required by Paragraph 8 prior to disclosing the information requested. The

parties shall work together to identify the procedure to provide notice and present that procedure

to the Court for approval. The parties shall be responsible for the costs associated with the notice

required by Paragraph 8 with each side paying one-half the cost.

MINUTE ORDER
- 1

1       Defendant's cross motion is DENIED.

2       Dated this 5th day of October 2023.

3       The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER
- 2