UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON WILLIAMS,<br><br>    Plaintiff,<br> v.<br><br>PILLPACK LLC,<br><br>    Defendant. | CASE NO. 3:19-cv-05282-DGE<br><br>MINUTE ORDER |

  This matter comes before the Court on Plaintiff Aaron Williams' motion to reconsider the Court's October 5, 2023 oral ruling on his motion to compel. (Dkt. No. 317.)

  The Court has reviewed Plaintiff's motion to reconsider (Dkt. No. 317) and seeks a response from Defendants only as to Plaintiff's argument that Paragraph 8 of the Stipulated Protective Order (Dkt. No. 13) requires both a valid discovery request to produce a non-party's confidential information in the party's possession <u>and</u> an agreement between the party and the non-party not to produce the non-party's confidential information. (Dkt. No. 317 at 3.)

  The Court ORDERS Defendants respond within 10 days of this Order.

MINUTE ORDER - 1

Dated this 1st day of December 2023.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2