1

2

3

4

5

6

7

8

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  AARON WILLIAMS, on behalf of himself and
   all others similarly situated,

10                    Plaintiff,

11        v.

12  PILLPACK LLC,

13                    Defendant.

14

15

No. 3:19-cv-05282-DGE

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS, VACATE
CASE SCHEDULE, AND REQUEST
FOR STATUS HEARING PENDING
MEDIATION (DKT. NO. 331)

NOTE ON MOTION CALENDAR:
MARCH 6, 2024

## I.  STIPULATION

16

17

18

19

20

21

22

23

24

25

26

        The parties respectfully advise the Court they have agreed to seek to resolve this case

through mediation.  The parties believe it is in the interests of their respective clients and of

judicial economy to (i) stay proceedings for four months or until mediation is complete,

whichever is earlier, and (ii) vacate the trial date and pretrial deadlines, to be reset if the parties'

settlement efforts do not succeed.  Therefore, the parties respectfully stipulate to, and jointly

request that the Court enter, the proposed Order below staying these proceedings and vacating

the trial date and remaining pretrial deadlines set forth in the current case schedule.  The parties

further jointly request to schedule a status hearing pursuant to the Court's direction in the last

scheduling order, Dkt. 298, if the Court would find that necessary to rule on the parties' request.

In support of their stipulation, the parties state as follows:

27

STIPULATED MOTION TO STAY
PROCEEDINGS PENDING MEDIATION - 1
(No. 3:19-cv-05282-DGE)
4868-8270-5834v.6 0051461-002463

1.      Federal Rule of Civil Procedure 16(b) provides that a district court's scheduling order may be modified upon a showing of "good cause."  *See also Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002).  Here, good cause exists to modify the schedule to allow the parties time to conduct a mediation and to focus their efforts on settlement rather than on potentially unnecessary further litigation.

2.      This case is nearing the close of fact discovery.  If the schedule is not stayed, the parties anticipate expending significant resources on completing fact discovery (including at least two depositions scheduled to occur in the next 30 days), raising discovery disputes with the Court with respect to which they are in the process of meeting and conferring, and preparing dispositive motions.

3.      The parties agree and believe that both parties' interests, and the interests of judicial economy and efficiency, will be served by mediating this case before incurring the time and expense of engaging in additional discovery or preparing dispositive motions.

4.      The parties have selected a mediator.  The parties understand the mediator is not available until June 2024, but will work to schedule the mediation as expeditiously as possible.

For these reasons, the parties have shown good cause for the Court to stay further proceedings in this case and to vacate all unexpired case deadlines pending mediation.  The parties propose that they file a Joint Status Report within seven (7) days of filing this Stipulation to inform the Court of the date of the mediation, and that they file a further Joint Status Report within seven (7) days after mediation advising on the status of their settlement efforts and proposing how this matter will proceed.

STIPULATED MOTION TO STAY
PROCEEDINGS PENDING MEDIATION - 2
(No. 3:19-cv-05282-DGE)
4868-8270-5834v.6 0051461-002463

1    STIPULATED TO AND SUBMITTED this 6th day of March, 2024.

2

3    TERRELL MARSHALL LAW                    DAVIS WRIGHT TREMAINE LLP
     GROUP PLLC

4
     By:   *s/ Jennifer Rust Murray*              By:   *s/ Lauren B. Rainwater*
5          Beth E. Terrell, WSBA #26759                 Kenneth E. Payson, WSBA #26369
           Jennifer Rust Murray, WSBA #36983            Lauren B. Rainwater, WSBA #43625
6          Adrienne D. McEntee, WSBA #34061             Eric A. Franz, WSBA #52755
           936 North 34th Street, Suite 300             Christopher E. Byer, *Pro Hac Vice*
7          Seattle, Washington 98103-8869              920 Fifth Avenue, Suite 3300
           Telephone: (206) 816-6603                    Seattle, WA  98104-1610
8          Email: bterrell@terrellmarshall.com          Telephone: 206.622.3150
                  jmurray@terrellmarshall.com           Fax: 206.757.7700
9                 amcentee@terrellmarshall.com          E-mail:kenpayson@dwt.com
                                                               laurenrainwater@dwt.com
10                                                             ericfranz@dwt.com
           SMITH & DIETRICH LAW                                chrisbyer@dwt.com
11         OFFICES PLLC
           Walter M. Smith, ESBA #46695
12         Steve E. Dietrich, WSBA #21897              *Attorneys for Defendant*
           3905 Martin Way East, Suite F
13         Olympia, Washington 98506
           Telephone: (360) 918-7230
14         Email: walter@smithdietrich.com
                  steved@smithdietrich.com
15

16
           PARONICH LAW, P.C.
17         Anthony I. Paronich, *Pro Hac Vice*
           350 Lincoln Street, Suite 2400
18         Hingham, MA 02043
           Telephone: (617) 485-0018
19         Fax: (508) 318-8100
           Email: anthony@paronichlaw.com
20

21   *Attorneys for Plaintiff and the Class*

22

23

24

25

26

27
     STIPULATED MOTION TO STAY
     PROCEEDINGS PENDING MEDIATION - 3
     (No. 3:19-cv-05282-DGE)
     4868-8270-5834v.6 0051461-002463

**II.      ORDER**

Having considered the parties' Stipulation and for good cause shown, the Court adopts the parties' Stipulation as the Order of the Court in this matter.  Further proceedings in this case are stayed for four months or until mediation is complete, whichever is earlier, and all unexpired case deadlines are vacated pending mediation.  The parties shall file a Joint Status Report within seven (7) days of the date they filed their Stipulation to inform the Court of the name of the mediator and the date of the mediation.  The parties shall file another Joint Status Report within seven (7) days after mediation advising on the status of their settlement efforts and proposing how this matter will proceed.

The Court hereby STRIKES the parties' pending stipulated motion to send supplemental class notice (Dkt. No. 328).  Should it become necessary, the parties may refile the motion at a later date.

It is so ORDERED.

Dated this 13th day of March 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION TO STAY
PROCEEDINGS PENDING MEDIATION - 4
(No. 3:19-cv-05282-DGE)
4868-8270-5834v.6 0051461-002463