THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AARON WILLIAMS, on behalf of himself and
all others similarly situated,

                        Plaintiff,

        vs.

PILLPACK LLC,

                        Defendant.

Case No. 3:19-cv-05282-DGE

**STIPULATED MOTION AND
ORDER TO EXTEND CASE
DEADLINES**

**STIPULATION**

Plaintiff Aaron Williams and Defendant PillPack LLC ("PillPack") jointly request that

the Court extend the deadline for sending notice of the class settlement to Settlement Class

Members, and the other settlement-related deadlines, as described below. The requested

extensions are necessary due to the Settlement Administrator's delays in completing reverse

lookups and analyzing other available data to identify the correct set of Settlement Class

Members and their email and mailing addresses.

Specifically, the Settlement Agreement requires the Settlement Administrator to use

PillPack's user profile information, responses to wireless carrier subpoenas previously issued by

Plaintiff, and industry standard practices, including reverse lookups, to identify names and

contract information for the individuals on the class list. Dkt. 341-1 ("Settlement Agreement")

¶ 3.3.1. Plaintiff provided the complete list of telephone numbers for the Settlement Class

Members identified by Plaintiff's expert on August 26, 2024. PillPack provided its supplement

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES - 1
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   of user profile data associated with those telephone numbers within 10 days after preliminary

2   approval, as required under Section 2.3 of the Settlement Agreement.

3          On October 8, 2024, Plaintiff requested that the Settlement Administrator provide to the

4   parties the final notice list in advance of the October 17, 2024 deadline to send class notice. On

5   October 9, 2024, the Settlement Administrator provided a list that lacked sufficient information

6   for the parties to confirm that the list included the correct universe of Settlement Class Members.

7   On October 14, 2024, in response to the parties' follow-up requests, the Settlement

8   Administrator provided an updated notice list that omitted several thousand class phone

9   numbers, apparently because the Settlement Administrator had relied on an outdated class notice

10  list.[1]

11         Upon recognizing that sending notice as reflected in the Settlement Administrator's

12  notice list would be deficient, the parties immediately addressed the issue with the Settlement

13  Administrator and instructed the Settlement Administrator to halt sending class notice until it can

14  create a corrected class notice list that (1) includes the best available email and mailing addresses

15  for all Settlement Class Members and (2) fully complies with the Settlement Agreement and the

16  Court's Preliminary Approval Order (Dkt. 342). However, to complete the work required to

17  provide the best notice practicable to Settlement Class Members, the Settlement Administrator

18  estimates that it needs between one and two weeks to complete reverse lookups and generate the

19  final and complete settlement class notice list. The parties will need time to verify that the

20  updated class notice list is correct and resolve any outstanding issues with the Settlement

21  Administrator.  The Settlement Administrator will then need six business days to prepare, print,

22  and send notice.

23         Accordingly, the parties request that the settlement-related deadlines be adjusted as

24  follows:

25  _____

26  [1] Counsel for the parties have confirmed that the Settlement Administrator used the correct list
    for purposes of informing state and federal officials about the likely state of residence for class
    members and therefore timely provided accurate notice under the Class Action Fairness Act
27  (CAFA).

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES - 2
Case No. 3:19-cv-05282-DGE

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline to send settlement class notice | October 17, 2024 | November 21, 2024 |
| Due date for motion for attorneys' fees, costs, and service award | November 15, 2024 | Unchanged |
| Deadline to submit claims | December 16, 2024 | January 20, 2025 |
| Deadline to submit objections | December 16, 2024 | January 20, 2025 |
| Deadline to submit exclusions | December 16, 2024 | January 20, 2025 |
| Due date for Administrator to complete review of claim forms | January 13, 2025 | February 17, 2025 |
| Deadline for Administrator to send claim form deficiency notices | February 4, 2025 | March 11, 2025 |
| Deadline for Administrator declaration regarding notice, claims, and opt-outs | February 20, 2025 | March 27, 2025 |
| Final Approval Hearing | March 6, 2025 | On or after April 10, 2025 |

The parties request that the Court set the final approval hearing for the earliest available date on or after April 10, 2025. If the above deadlines are extended as the parties request, the parties believe that the remaining deadlines as reflected in the Preliminary Approval Order and Settlement Agreement may remain as described, given that each is determined by reference to other settlement events that have not yet occurred.

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES - 3
Case No. 3:19-cv-05282-DGE

1

RESPECTFULLY SUBMITTED AND DATED this 17th day of October, 2024.

2

3

TERRELL MARSHALL LAW GROUP
PLLC

DAVIS WRIGHT TREMAINE LLP

4

By: */s/ Blythe H. Chandler*_____
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

By: */s/ Eric A. Franz*_____
Kenneth E. Payson, WSBA #26369
Email: kenpayson@dwt.com
Lauren B. Rainwater, WSBA #43625
Email: laurenrainwater@dwt.com
Eric A. Franz, WSBA #52755
Email: ericfranz@dwt.com
Christopher Byer, Admitted Pro Hac Vice
Email: chrisbyer@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

5

6

7

8

9

10

11

Walter M. Smith, WSBA #46695
Email: walter@smithdietrich.com
Steve E. Dietrich, WSBA #21897
Email: steved@smithdietrich.com
SMITH & DIETRICH LAW OFFICES PLLC
1226 State Avenue N.E., Suite 205
Olympia, Washington 98506
Telephone: (360) 915-6952

Hilary Oran, *Admitted Pro Hac Vice*
Email: hilaryoran@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 402-4036

12

13

14

15

*Attorneys for Defendant*

16

17

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

18

19

20

21

*Attorneys for Plaintiff and the Class*

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES - 4
Case No. 3:19-cv-05282-DGE

**ORDER**

The Parties' stipulated motion to extend the settlement-related deadlines is GRANTED.

The settlement-related deadlines are extended as follows:

| EVENT | DEADLINE |
|---|---|
| Deadline to send settlement class notice | November 21, 2024 |
| Due Date for motion for attorneys' fees, costs, and service award | Unchanged |
| Deadline to submit claims | January 20, 2025 |
| Deadline to submit objections | January 20, 2025 |
| Deadline to submit exclusions | January 20, 2025 |
| Due Date for Administrator to complete review of claim forms | February 17, 2025 |
| Deadline for Administrator to send claim form deficiency notices | March 11, 2025 |
| Deadline for administrator declaration regarding notice, claims, and opt-outs | March 27, 2025 |
| Final Approval Hearing | April 18, 2025, at 9:00 a.m. |

IT IS SO ORDERED.

Dated this 21st day of October, 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES - 5
Case No. 3:19-cv-05282-DGE