THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON WILLIAMS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PILLPACK LLC,<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-05282-DGE<br><br>**STIPULATED ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE FEE PETITION** |

## I.　　STIPULATION

Plaintiff Aaron Williams respectfully requests that the Court grant him a short six-day extension of time to file his motion for an award of attorneys' fees, costs, and a service award. PillPack does not oppose this request. In support of this motion, Williams states:

1.　　This is a certified class action lawsuit. The Court preliminarily approved the parties' proposed class settlement and entered a schedule for final approval. Dkt. 342 (Preliminary Approval Order).

2.　　The preliminary approval order provided, "All briefs, memoranda, petitions, and affidavits to be filed in support of an individual award to the Class Representative and in support of Class Counsel's application for fees, costs and expenses, shall be filed with the Court no later than thirty (30) days prior to the Opt Out & Objections Deadline." Dkt. 342 (Preliminary Approval Order) at 23:16-19. Based on the Settlement Agreement, that date was calculated to be November 15, 2024.

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES - 1
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3.   The parties subsequently asked the Court to adjust certain settlement-related deadlines and the Court granted the parties' request. *See* Dkt. 345. However, the parties did not ask the Court to adjust the deadline for Plaintiff to file his fee application. *Id.* at 3:4-6. That deadline remained November 15, 2024.

4.   Plaintiff needs a short, six-day extension to complete his fee application. Plaintiff proposes that he file his fee application and post the papers on the settlement website on November 21, 2024, which is the date that notice will be sent to the class.

5.   With the new deadline, Settlement Class members will have 60 days to review Plaintiff's fee application before the deadline to opt out or object to the settlement.

6.   With the new deadline, the settlement will remain in compliance with Rule 23(h) and *In re Mercury Interactive Corp. Sec. Litig.*, 618 F.3d 988, 994, 995 (9th Cir. 2010), which require the district court to ensure that class members be provided with a full and fair opportunity to contest class counsel's fee motion.

Accordingly, Plaintiff respectfully requests that he be granted a short extension to November 21, 2024 to file his application for an award of fees, costs, expenses, and a class representative service award.

STIPULATED TO AND DATED this 17th day of November, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Jennifer Rust Murray* <br> Beth E. Terrell, WSBA #26759 <br> Email: bterrell@terrellmarshall.com <br> Jennifer Rust Murray, WSBA #36983 <br> Email: jmurray@terrellmarshall.com <br> Adrienne D. McEntee, WSBA #34061 <br> Email: amcentee@terrellmarshall.com <br> Blythe H. Chandler, WSBA #43387 <br> Email: bchandler@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 | By: */s/ Eric A. Franz* <br> Kenneth E. Payson, WSBA #26369 <br> Email: kenpayson@dwt.com <br> Lauren B. Rainwater, WSBA #43625 <br> Email: laurenrainwater@dwt.com <br> Eric A. Franz, WSBA #52755 <br> Email: ericfranz@dwt.com <br> Christopher Byer, Admitted Pro Hac Vice <br> Email: chrisbyer@dwt.com <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, Washington 98104-1610 <br> Telephone: (206) 622-3150 |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES - 2
Case No. 3:19-cv-05282-DGE

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Walter M. Smith, WSBA #46695<br>Email: walter@smithdietrich.com<br>Steve E. Dietrich, WSBA #21897<br>Email: steved@smithdietrich.com<br>SMITH & DIETRICH LAW OFFICES PLLC<br>1226 State Avenue N.E., Suite 205<br>Olympia, Washington 98506<br>Telephone: (360) 915-6952 | Hilary Oran, *Admitted Pro Hac Vice*<br>Email: hilaryoran@dwt.com<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Telephone: (212) 402-4036<br><br>*Attorneys for Defendant* |

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff and the Class*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES - 3
Case No. 3:19-cv-05282-DGE

## II. ORDER

Plaintiff's unopposed motion to extend the deadline to file his motion for fees, costs, expenses, and service award is GRANTED. The deadline is extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Due date for motion for attorneys' fees, costs, and service award | November 15, 2024 | November 21, 2024 |

Dated this 14th day of November, 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES - 4
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com