THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PILLPACK LLC,<br><br>Defendant. | Case No. 3:19-cv-05282-DGE<br><br>**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD** |

I, Anthony Paronich, hereby declare as follows:

1. I am over 18 years of age, I make this declaration based on my own personal knowledge, and I am competent to testify to the facts in this declaration.

**A.  Background and experience**

2. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

3. I am a 2010 graduate of Suffolk Law School. In 2010, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Wisconsin, the Southern District of Indiana, the First Circuit

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE
AWARD - 1
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Court of Appeals, the Seventh Circuit Court of Appeals, and the Ninth Circuit Court of Appeals. From time to time, I have appeared in other State and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

4. I was an associate at Broderick Law, P.C. in Boston, Massachusetts from 2010 through 2016.

5. I was a partner at Broderick & Paronich, P.C. in Boston, Massachusetts from 2016 through 2019.

6. In 2019, I started Paronich Law, P.C., focused on protecting consumers in class action lawsuits.

7. I have been appointed class counsel in more than 50 TCPA cases, including the following:

   i. Desai and Charvat v. ADT Security Services, Inc., USDC, N.D. Ill., 11-CV-1925, a TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

   ii. Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. Md., 13-cv-00662, a TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

   iii. Charvat v. AEP Energy, Inc., USDC, N.D. Ill., 1:14-cv-03121, a TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

   iv. Bull v. US Coachways, Inc., USDC, N.D. Ill., 1:14-cv-05789, a TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

   v. Smith v. State Farm Mut. Auto. Ins. Co., et. al., USDC, N.D. Ill., 1:13-cv-02018, a TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

   vi. Mey v. Frontier Communications Corporation, USDC, D. Conn., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

   vii. Heidarpour v. Central Payment Co., USDC, M.D. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE
AWARD - 2
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

viii. Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc., USDC, N.D. Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.

ix. Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc., USDC, N.D. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.

x. In re Monitronics International, Inc., USDC, N.D.W. Va., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,0000 granted final approval on June 12, 2018.

xi. Thomas Krakauer v. Dish Network, L.L.C., USDC, M.D.N.C., 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). The Fourth Circuit Court of Appeals unanimously affirmed the judgment in May of 2019. *Krakauer v. Dish Network, L.L.C.,* 925 F.3d 643 (4th Cir. 2019). The United States Supreme Court rejected *certiorari* of this matter in December of 2019. *See DISH Network L.L.C. v. Krakauer,* 140 S. Ct. 676 (2019).

xii. Charvat v. Carnival Corporation & PLC, et. al., USDC, ND. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted final approval in April of 2020.

xiii. Loftus v. Sunrun, Inc., USDC, N.D. Ca.., 3:19-cv-1608, a TCPA class settlement of $5,500,000 granted final approval on May 11, 2021.

xiv. *Andrew Perrong v. Orbit Energy & Power, LLC,* USDC, E.D. PA., Civil Action No. No. 2:21-cv-777. A class settlement of **$6,000,000** granted final approval on June 21, 2022.

xv. *David Vance, et. al. v. DirecTV, LLC*, USDC, N.D. WV., Civil Action No. 5:17-cv-179. A class settlement of **$16,850,000** granted final approval on August 24, 2023.

xvi. *Berman v. Freedom Financial Network, LLC et al*, N.D. CA., Civil Action No. 18-cv-1060. A class action settlement of **$9,750,000** granted final approval on February 23, 2024

xvii. *Murray v. Grocery Delivery E-Services USA, Inc*. D. MA. Civil Action No. 19-cv-12608. A class action settlement of **$11,000,000** granted final approval on March 13, 2024.

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE
AWARD - 3
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**B.     Paronich Law's lodestar and litigation costs**

8.     Paronich Law has devoted over 750 hours to litigating this matter since August 2019, working with no guarantee of being compensated for its time and efforts. Payment of the firm's fees has been contingent on successfully obtaining relief for the plaintiff and class members. As a result, there was a substantial risk of non-payment, particularly in light of the challenges inherent in this type of case. Work on this case has necessarily been to the exclusion of work on other matters that likely would have generated fees. Paronich Law has also been denied use of the fees it earned over the course of this case.

9.     A document that compiles the contemporaneously maintained billing records for Paronich Law is attached as **Exhibit 1**. I have reviewed these billing records and reduced and eliminated time that was administrative in nature, or that appeared to be redundant or inefficient. It is my firm belief that the time billed was reasonably necessary to litigate this case and secure a settlement on behalf of the plaintiff and the class. I have also estimated 28 hours to travel to and attend the final approval hearing as well as time spent working with the third-party administrator administer the settlement.

10.     Paronich Law has incurred out-of-pocket litigation expenses totaling $68,884.67 primarily to cover expenses related to expert witnesses, local counsel fees for an enforcement action, forensic costs and service of subpoenas. The following chart summarizes Paronich Law's litigation costs:

| Category of Expense | Total |
|---|---:|
| Service of Subpoenas | 968.75 |
| Expert Costs | $33,932 |
| Forensic Analysis Costs | $19,273.46 |
| Deposition Transcripts | $7,543.46 |
| Travel (Air Fare, Hotel, Meals) | $5,827 |

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE
AWARD - 4
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Category of Expense | Total |
|---|---:|
| Local Counsel for Enforcement Action | $1,340 |
| **TOTAL** | **$68,884.67** |

I declare under penalty of perjury under the laws of the State of Washington that foregoing is true and correct.

EXECUTED at Hingham, Massachusetts this 19th day of November, 2024.

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Admitted Pro Hac Vice*

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD - 5
Case No. 3:19-cv-05282-DGE

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com