THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PILLPACK LLC,<br><br>Defendant. | Case No. 3:19-cv-05282-DGE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE MOTION FOR FINAL APPROVAL** |

## I.      MOTION

Plaintiff Aaron Williams respectfully requests that the Court set the deadline for his motion for final approval as March 18, 2025. Defendant PillPack LLC ("PillPack") stipulates to this request. In support of this motion, Plaintiff states:

1.      This is a certified class action. The Court preliminarily approved the parties' proposed class settlement and entered a schedule for final approval. Dkt. 342 ("Preliminary Approval Order").

2.      The Preliminary Approval Order provides that "briefs, memoranda, petitions, or affidavits that Class Counsel intends to file in support of final approval shall be filed not later than thirty (30) days after the Opt Out & Objections Deadline. Dkt. 342 at ¶ 13.

3.      Subsequently, the Court granted the parties' stipulated motion to extend certain settlement-related deadlines. *See* Dkt. 345. In doing so, the Court set the deadline for class members to opt out of the class or object to January 20, 2025, and set the final approval hearing for April 18, 2025. *Id.* The hearing date provided nearly three months for the settlement

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES - 1
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

administrator to process all claims and send deficiency letters to claimants who submitted deficient claim forms. Under the original Preliminary Approval Order, however, the due date for Plaintiff's final approval motion would have been February 19, 2025.

4.    Re-setting the deadline for Plaintiff to file his final approval motion to March 18, 2025, will allow Class Counsel to provide the Court with a more complete description of the valid claims and deficiency process in the final approval motion.

5.    With the new deadline, the motion for final approval will be filed and posted to the settlement website 30 days before the final fairness hearing, giving both the Court and absent class members sufficient time to review the motion. The motion is expected to be unopposed as no class members objected to the settlement before the January 20, 2025, deadline.

6.    Plaintiff will file a short supplement to his final approval motion by April 4, 2025, 7 days after the settlement administrator's final declaration is due (*see* Dkt. No. 345 at 5), and 14 days before the final fairness hearing.

Accordingly, Plaintiff respectfully requests that the Court set the deadline for filing Plaintiff's final approval motion to March 18, 2025.

STIPULATED TO AND DATED this 27th day of February, 2025.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Blythe H. Chandler* <br> Beth E. Terrell, WSBA #26759 <br> Email: bterrell@terrellmarshall.com <br> Jennifer Rust Murray, WSBA #36983 <br> Email: jmurray@terrellmarshall.com <br> Adrienne D. McEntee, WSBA #34061 <br> Email: amcentee@terrellmarshall.com <br> Blythe H. Chandler, WSBA #43387 <br> Email: bchandler@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 <br><br> Walter M. Smith, WSBA #46695 | By: */s/ Eric A. Franz* <br> Kenneth E. Payson, WSBA #26369 <br> Email: kenpayson@dwt.com <br> Lauren B. Rainwater, WSBA #43625 <br> Email: laurenrainwater@dwt.com <br> Eric A. Franz, WSBA #52755 <br> Email: ericfranz@dwt.com <br> Christopher Byer, Admitted Pro Hac Vice <br> Email: chrisbyer@dwt.com <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, Washington 98104-1610 <br> Telephone: (206) 622-3150 <br><br> Hilary Oran, *Admitted Pro Hac Vice* <br> Email: hilaryoran@dwt.com |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES - 2
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| 1 | Email: walter@smithdietrich.com<br>Steve E. Dietrich, WSBA #21897 | 1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020 |
| 2 | Email: steved@smithdietrich.com<br>SMITH & DIETRICH LAW OFFICES PLLC | Telephone: (212) 402-4036 |
| 3 | 1226 State Avenue N.E., Suite 205 | *Attorneys for Defendant* |

Email: walter@smithdietrich.com
Steve E. Dietrich, WSBA #21897
Email: steved@smithdietrich.com
SMITH & DIETRICH LAW OFFICES PLLC
1226 State Avenue N.E., Suite 205
Olympia, Washington 98506
Telephone: (360) 915-6952

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff and the Class*

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 402-4036

*Attorneys for Defendant*

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND CASE DEADLINES - 3
Case No. 3:19-cv-05282-DGE

## II. ORDER

Plaintiff's stipulated motion to extend the deadline to file his motion for final approval and set a deadline for supplemental submissions is GRANTED. The deadlines are as follows:

| EVENT | DEADLINE |
|---|---|
| Due date for motion for final approval of settlement | March 18, 2025 |
| Due date for supplemental submission on motion for final approval | April 4, 2025 |

IT IS SO ORDERED.

Dated this 27th day of February, 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND CASE DEADLINES - 4
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com