THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AARON WILLIAMS, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

PILLPACK LLC,

Defendant.

Case No. 3:19-cv-05282-DGE

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO REDISTRIBUTE SETTLEMENT FUNDS**

**NOTED FOR CONSIDERATION:**
APRIL 23, 2026

1.    Plaintiff Aaron Williams requests that the Court extend the deadline to redistribute amounts remaining in the Settlement Fund to Settlement Class Members who cashed their check or otherwise successfully received payment. The requested extension is necessary to allow the Settlement Administrator to complete the first distribution and prepare the second payments for distribution to Settlement Class Members. Plaintiff conferred with Defendant PillPack LLC ("PillPack"), which indicated it does not oppose the relief requested in this motion.

2.    The Settlement Administrator distributed settlement payments to claimants on June 18, 2025 and August 28, 2025. *See* Dkt. 370 at 4 (extending Distribution Date for digital payments). The deadline for claimants to negotiate their checks was February 24, 2026. Dkt. 341-1 ("SA") § 4.8.

UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO REDISTRIBUTE SETTLEMENT FUNDS
- 1
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3. Throughout the settlement administration process, Class Counsel and the Settlement Administrator have fielded communications from Settlement Class Members seeking to have their payments reissued. The Settlement Administrator has honored those requests with the aim of distributing payments to as many eligible claimants as possible.

4. There was approximately $3,874,476 available in the Settlement Fund to distribute to claimants after settlement expenses were distributed. Of that amount, approximately $982,207.19 remains due to uncashed checks or unsuccessful digital payments.

5. The Settlement Agreement provides for a second distribution of uncashed settlement funds to claimants who cashed their checks or received their digital payments "if feasible." SA § 4.8. The second distribution is to occur after the expiration of the February 24, 2026, deadline for claimants to cash their checks. *Id.*

6. Due to the volume of reissue requests, including requests made after February 24, 2026, the Settlement Administrator has not yet made a second distribution. According to the settlement administrator, the volume of reissue requests has substantially decreased during the last two weeks.

7. In the interest of finality for Settlement Class Members and for the parties, and after consultation with the Settlement Administrator and PillPack, Plaintiff requests that the Court set May 8, 2026 as the deadline for the second distribution, which would give the Settlement Administrator time to finish reissuing payments to those who have requested them and to prepare the second distribution. Plaintiff further requests that the Court rule that any unsuccessful or uncashed payments after August 8, 2026 will not be subject to reissue and will be contributed in *cy pres* to the Legal Foundation to Washington (*see* SA § 4.8), and that the Settlement Website shall be taken down by August 8, 2026.

UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO REDISTRIBUTE SETTLEMENT FUNDS
- 2
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

DATED this 23rd day of April, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray

Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Walter M. Smith, WSBA #46695
Email: walter@smithdietrich.com
Steve E. Dietrich, WSBA #21897
Email: steved@smithdietrich.com
SMITH & DIETRICH LAW OFFICES PLLC
1226 State Avenue N.E., Suite 205
Olympia, Washington 98506
Telephone: (360) 915-6952

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff and the Class*

UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO REDISTRIBUTE SETTLEMENT FUNDS
- 3
Case No. 3:19-cv-05282-DGE

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**[PROPOSED] ORDER**

Having reviewed the foregoing unopposed motion, and for good cause shown, the Court ORDERS that (1) May 8, 2026 is the deadline for the Settlement Administrator to make a second distribution to Eligible Claimants that cashed their check or otherwise successfully received payment, if feasible; (2) any unsuccessful or uncashed payments after August 8, 2026 will not be subject to reissue and will be contributed in *cy pres* to the Legal Foundation to Washington; and (3) the Settlement Website shall be taken down by August 8, 2026.

IT IS SO ORDERED.


DATED this _____ day of _____, 2026.


_____

THE HONORABLE DAVID G. ESTUDILLO

UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO REDISTRIBUTE SETTLEMENT FUNDS
- 4
Case No. 3:19-cv-05282-DGE

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com