The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PILLPACK LLC,<br><br>Defendant. | No. 3:19-cv-05282-DGE<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>**[CLERK'S ACTION REQUIRED]** |

TO: Clerk of the Court

AND TO: Plaintiff and his counsel of record

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.2(b)(3), Eric A. Franz of Davis Wright Tremaine LLP hereby withdraws as counsel of record for Defendant Pillpack LLC. Kenneth E. Payson, Lauren B. Rainwater, Christopher Byer, and Hilary Oran at Davis Wright Tremaine LLP will remain as counsel of record for Defendant Pillpack LLC and should continue to receive notices.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 10th day of September, 2026.

*Withdrawing Attorney for Defendant PillPack LLC*

By: *s/ Eric A. Franz*
Eric A. Franz, WSBA #52755
Email: ericfranz@dwt.com

920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150

*Remaining Attorneys for Defendant PillPack LLC*

By: *s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Email: kenpayson@dwt.com

By: *s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Email: laurenrainwater@dwt.com

920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150

By: *s/ Christopher Byer*
Christopher Byer, *Admitted Pro Hac Vice*
Email: chrisbyer@dwt.com

560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

By: *s/ Hilary Oran*
Hilary Oran, *Admitted Pro Hac Vice*
Email: hilaryoran@dwt.com

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 402-4036